# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| Roadget Business Pte. Ltd., <br>             Plaintiff, <br><br> v. <br><br> The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A, <br><br>             Defendants. | Case Number: 24-cv-3139 <br><br> Honorable Sara L. Ellis |

## (AGREED) DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COME The Defendant Nos. 1, 4, 5, 7, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and 24, correspondingly, Zhongren childrens clothing, Saror Ardor, LittleMaria, AALINYI, Small Choke Pepper, XJFS, AmazingC, HUXIAOTIAN, STARRY TREE, PSY FUSHI, Beibeistyle, CHLCME, YC Large size womens clothing, linfenglyf, UNIQUE PYRAMID, YANGXIANGFUSHI, YICHEN Fashion ladys clothing, Fengyu Jeans and

1

Yaqi costume, ("Defendants"), through counsel, and respectfully request the Court extend the time by 21 days to file a response to the Complaint. In support, the Defendants state as follows:.

1. This is the first motion for an extension of time filed by the Defendants.

2. The Defendants are in settlement negotiations with the Plaintiff.

3. The Defendants need additional time to try and reach an agreement, or if not, respond to Plaintiff's Complaint.

4. This Court may, for good cause, extend the time by which Defendant's response is due if a request is made, before the original time or its extension expires. Fed. R.Civ. P. 6(b)(1)(A).

5. The Defendants respectfully request this Court extend the date 21 days from the date of this filing on which Defendants must respond to Plaintiff's Complaint, if ultimately necessary, to June 18, 2024.

6. Counsel for Defendants reached out to counsel for Plaintiff regarding an extension, and Plaintiff's counsel didn' object.

WHEREFORE, for the foregoing reasons, Defendants respectfully request this Honorable Court enter an Order: Extending the date on which their response to Plaintiff's Complaint is due 21 days to June 18, 2024.

May 28, 2024   Respectfully submitted,

s/ Lan Li

Lan Li

Anchor Law LLC

1 E. Erie St., Suite 525

Chicago, IL 60611

312-718-6573

lan.li@anchorlawllc.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 28, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

<u>s/ Lan Li</u>

Lan Li

Anchor Law LLC

1 E. Erie St., Suite 525

Chicago, IL 60611

312-718-6573

lan.li@anchorlawllc.com