IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

|  |  |
|---|---|
| Roadget Business Pte. Ltd.,<br>                        Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A,<br><br><br>                      Defendants. | Case Number: 24-cv-3139<br><br><br><br><br><br>Honorable Sara L. Ellis |

## NOTICE OF MOTION

Please take notice that on Tuesday, June 4, 2024, Defendants Nos. 1, 4, 5, 7, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and 24, correspondingly, Zhongren childrens clothing, Saror Ardor, LittleMaria, AALINYI, Small Choke Pepper, XJFS, AmazingC, HUXIAOTIAN, STARRY TREE, PSY FUSHI, Beibeistyle, CHLCME, YC Large size womens clothing, linfenglyf, UNIQUE PYRAMID, YANGXIANGFUSHI, YICHEN Fashion ladys clothing, Fengyu Jeans and Yaqi costume, ("Defendants"), through the undersigned counsel, shall appear before the Honorable Sara L. Ellis in Courtroom 1403 at 9:45 a.m. at the U.S. District Court

1

for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Defendant's Motion for Extension of Time To Answer or Otherwise Plead.

May 28, 2024                                  Respectfully submitted,

                                                                    s/ Lan Li

                                                                    Lan Li
                                                                    Anchor Law LLC
                                                                    1 E. Erie St., Suite 525
                                                                    Chicago, IL 60611
                                                                    312-718-6573
                                                                    lan.li@anchorlawllc.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 28, 2024, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Lan Li

Lan Li
Anchor Law LLC
1 E. Erie St., Suite 525
Chicago, IL 60611
312-718-6573
lan.li@anchorlawllc.com
