IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: 1:24-cv-03139 <br><br> **Judge Sara L. Ellis** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANTS NOS. 4, 14, AND 16**

Plaintiff Roadget Business Pte. Ltd., ("Plaintiff" or "Roadget"), by its counsel, moves this Court to enter Default and Default Judgment pursuant to Federal Rules of Civil Procedure 55(a) and 55(b)(2), against Defendants Nos. 4, 14, and 16 ("Defaulting Defendants") as listed on Schedule A, ECF No. 10, and Exhibit A attached hereto. A Memorandum of Law in support of this motion is filed concurrently with the motion.

July 3, 2024                                   Respectfully submitted,

                                               By: */s/ Steven J. Horowitz*
                                                 Steven J. Horowitz
                                                 Matthew D. Binder
                                                 Deepa A. Chari
                                                 Taylor J. Wilson
                                                 Michael C. Springer-Ingram
                                               **SIDLEY AUSTIN LLP**
                                               One South Dearborn Street
                                               Chicago, IL 60603
                                               (312) 853-7000
                                               shorowitz@sidley.com
                                               mbinder@sidley.com
                                               dchari@sidley.com
                                               taylor.wilson@sidley.com
                                               mspringeringram@sidley.com

                                               *Counsel for Plaintiff*
                                               *Roadget Business Pte. Ltd.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 3, 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses provided by third parties for each of the Defaulting Defendants, including a link to said website.

July 3, 2024

Respectfully submitted,

By: */s/ Steven J. Horowitz*
Steven J. Horowitz
Matthew D. Binder
Deepa A. Chari
Taylor J. Wilson
Michael C. Springer-Ingram
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
mbinder@sidley.com
dchari@sidley.com
taylor.wilson@sidley.com
mspringeringram@sidley.com

*Counsel for Plaintiff Roadget Business Pte. Ltd.*