**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., | |
| Plaintiff, | Case No.: 1:24-cv-03139 |
| vs. | |
| FOSHANSHISHANCHENGQUZHONGRENSHUO FUZHUANGSHANGXING (GETIGONGSHANGHU) D/B/A ZHONGREN CHILDRENS CLOTHING, | **Judge Sara L. Ellis** |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff Roadget Business Pte. Ltd. and Defendant Foshanshishanchengquzhongrenshuofuzhuangshangxing (getigongshanghu) d/b/a Zhongren Childrens Clothing (collectively, the "Parties") by and through their undersigned attorneys, stipulate to the dismissal with prejudice of the claims against Defendant. The Parties shall bear their own attorneys' fees and costs.

1

Dated: October 23, 2024

Respectfully,

*/s/ Steven J. Horowitz*
Steven J. Horowitz
Deepa A. Chari
Taylor J. Wilson
Michael Springer-Ingram
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
dchari@sidley.com
taylor.wilson@sidley.com
mspringeringram@sidley.com
*Counsel for Plaintiff*
*Roadget Business Pte. Ltd*

Respectfully,

*/s Christopher Keleher*
Christopher Keleher
The Keleher Appellate Law Group LLC
1 East Erie Street
Chicago, Illinois 60611
Phone: 312-448-8491
ckeleher@appellatelawgroup.com

Lan Li
Anchor Law LLC
1 East Erie Street
Chicago, Illinois 60611
Phone: 312-718-6573
Lan.li@anchorlawllc.com