# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Roadget Business Pte. Ltd.

                            Plaintiff,

v.

                            Case No.: 1:24−cv−03139

                            Honorable Sara L. Ellis

The Individuals, Corporations, Limited Liability Companies Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 31, 2024:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to the parties' stipulation of dismissal [123], the Court dismisses this matter with prejudice and with each party to bear its own costs and fees. The Court orders the Clerk to release the bond Plaintiff posted in this case back to Plaintiff's counsel. The Court denies Plaintiff's motion for entry of final judgment [124] as moot. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.