IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD., <br><br> Plaintiff, <br><br> vs. <br><br> FOSHANSHISHANCHENGQUZHONGRENSHUO FUZHUANGSHANGXING (GETIGONGSHANGHU) D/B/A ZHONGREN CHILDRENS CLOTHING, <br><br> Defendant. | Case No.: 1:24-cv-03139 <br><br> **Judge Sara L. Ellis** |

**PLAINTIFF'S MOTION FOR RETURN OF CASH BOND**

Plaintiff Roadget Business Pte. Ltd. ("Roadget") respectfully moves for the release of its cash bond judgment in this action pursuant to the Northern District of Illinois Clerk of Court's requirements in the form of the proposed order attached hereto as Exhibit 1. In support of its request, Roadget states as follows:

1. This Court dismissed all Defendants in this suit, the last of which was Defendant No. 1, Foshanshishanchengquzhongrenshuofuzhuang-shangxing (getigongshanghu) d/b/a Zhongren Childrens Clothing. (Dkt. No. 123).

2. This Court then dismissed this suit with prejudice and denied Plaintiff's Motion for Entry of Final Judgment as moot and ordered the release of Plaintiff's bond. (Dkt. No. 128).

3. The Northern District of Illinois Clerk of Court requires a signed order from the Court that specifies the principal amount of the bond, accounts for any accrued interest, and identifies to whom the bond should be released.

4. Accordingly, Roadget respectfully requests entry of an order releasing the cash

bond in the form of the proposed order attached hereto as Exhibit 1.

Dated: November 1, 2024 Respectfully submitted,

<u>/s/ Steven J. Horowitz</u>
Steven J. Horowitz
Deepa A. Chari
Taylor J. Wilson
Michael C. Springer-Ingram
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
shorowitz@sidley.com
dchari@sidley.com
taylor.wilson@sidley.com
mspringeringram@sidley.com

*Counsel for Plaintiff Roadget Business Pte. Ltd.*